IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02457-WYD-CBS

LUCIEN PADAWER,

    Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (ECF No. 22), filed March 4, 2014.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is ORDERED that motion is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney fees.  The Clerk of the Court shall close this case.

    Dated:  March 4, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge